\*\*Original filed 12/5/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, | ) | No. C 06-6973 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL; NO FILING FEE IS DUE |
| vs. | ) ) | |
| UNITED STATES DISTRICT COURT, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se and frequent litigant in this Court, filed the instant petition for a writ of mandate/prohibition on November 8, 2006, which the Clerk of Court opened as a new civil rights action pursuant to 42 U.S.C. § 1983. However, the petition for writ of mandate concerns Plaintiff's earlier habeas action in this Court, case no. C 02-1463 JF (PR). Plaintiff complains that he has not received a decision on the merits in his habeas case. However, according to the Court's docket, Plaintiff's habeas petition was denied on the merits on November 2, 2006. Accordingly, the instant petition for writ of mandate is DISMISSED as moot. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/4/06

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:pro-se\sj.jf\cr.06\Hardaway973dis

1  A copy of this ruling was mailed to the following:

2

3  Sonny Ray Hardaway
   P-45579/ 134-101
   North Kern State Prison
4  P.O. Box 5102
   Delano, CA  93216

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:pro-se\sj.jf\cr.06\Hardaway973dis